Cite as 28 I&N Dec. 399 (A.G. 2021)                Interim Decision #4029

# Matter of NEGUSIE, Respondent

*Decided by Attorney General October 12, 2021*

U.S. Department of Justice
Office of the Attorney General

## BEFORE THE ATTORNEY GENERAL

Pursuant to 8 C.F.R. § 1003.1(h)(1)(i), I direct the Board of Immigration Appeals ("Board") to refer this case to me for review of its decision. The Board's decision in this matter is automatically stayed pending my review. *See Matter of Haddam*, A.G. Order No. 2380-2001 (Jan. 19, 2001).